# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERKSHIRE MEDICAL CENTER, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) )  Civil Action No. 18-2404 (ABJ) |
| ALEX M. AZAR, II, *Secretary, United States Department of Health and Human Services*, | ) ) ) ) ) |
| Defendant. | ) ) ) |

## ORDER FOR CONSOLIDATION

Pursuant to Fed. R. Civ. P. 42, upon the Court's own motion and in light of the parties' notice that they do not object to consolidation, [Dkt. # 10], it is ORDERED that *Berkshire Medical Center v. Azar*, 18-cv-2404-ABJ, is consolidated with *Albert Einstein Healthcare Network v. Azar*, 1:17-cv-1134-ABJ. It is FURTHER ORDERED that the Clerk's Office close the *Berkshire Medical Center* case and transfer plaintiffs in that case to the *Albert Einstein Healthcare Network* case. It is FURTHER ORDERED that all filings in the consolidated case shall be filed only in *Albert Einstein Healthcare Network*. The stay entered in *Albert Einstein Healthcare Network* and the order for a joint status report remain in effect.

AMY BERMAN JACKSON
United States District Judge

DATE: November 13, 2018